

**FILED**

NOV 1 2 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTONIO ELIZONDO-RUBIO

Defendant.

CR NO: 1:19-CR-00237-LJO-SKO

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum          ☐ Ad Testificandum

Name of Detainee:    ANTONIO ELIZONDO-RUBIO

Detained at       Wasco State Prison

Detainee is:     a.)    ☒ charged in this district by:    ☒ Indictment   ☐ Information   ☐ Complaint
                        charging detainee with:    8 USC 1326(a) and (b)(2)

or   b.)    ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ☐ return to the custody of detaining facility upon termination of proceedings

or   b.)    ☒ be retained in federal custody until final disposition of federal charges, as a sentence
               is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature:                    */s/ Laura D. Withers*

Printed Name & Phone No:    Laura D. Withers     559-967-5480

Attorney of Record for:        United States of America

## WRIT OF HABEAS CORPUS

     ☒ Ad Prosequendum          ☐ Ad Testificandum

     The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH** and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:    11/8/19

                                Honorable Sheila K. Oberto
                                U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | MORALES-Rubio, Cantu | ☒Male ☐Female | |
| Booking or CDC #: | BK7571 | DOB: | 04/10/1956 |
| Facility Address: | 701 Scofield Ave. Wasco, CA 93280 | Race: | W/H |
| Facility Phone: | (661) 758-8400 | FBI#: | 881027P11 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____

                              (signature)